UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-00397-RJC-DCK

| | |
|---|---|
| LISA KERI STRICKLIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **PROTECTIVE ORDER** |
| ) | |
| GWEN STEFANI and LIVE NATION ) | |
| ENTERTAINMENT, INC., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court on Defendant Gwen Stefani's Emergency Motion for Protective Order and Memorandum in Support, (Doc. Nos. 63–64), requesting a temporary protective order prohibiting the parties and counsel from publishing or disseminating transcripts or audio or video recordings of Defendant Stefani's upcoming deposition scheduled for October 24, 2018; and Plaintiff Lisa Keri Stricklin's Response in Opposition, (Doc. No. 66). Pursuant to Federal Rule of Civil Procedure 26(c), and finding that good cause exists, this Court **GRANTS** Defendant's motion.

It is hereby **ORDERED** that no party or counsel shall publish or disseminate transcripts or audio or video recordings of Defendant Stefani's deposition without prior permission of Defendant Stefani's counsel or the Court, unless that portion of the deposition is admitted at trial into evidence and is, therefore, part of the public

1

record. Nothing in this Order shall prevent the parties from filing portions of Defendant Stefani's deposition with the Court if necessary for the good-faith prosecution or defense of this lawsuit.

**SO ORDERED.**

Signed: October 22, 2018

Robert J. Conrad, Jr.
United States District Judge

SEALED DOCUMENT with access to All Parties/Defendants.