# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-397-RJC-DCK

| | |
|---|---|
| LISA KERI STRICKLIN, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| GWEN STEFANI and LIVE NATION ENTERTAINMENT, INC., | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To File Supplemental Deposition Transcripts In Opposition To Summary Judgment" (Document No. 71) filed December 3, 2018. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, Defendants' responses, the record, and in consultation with Judge Conrad's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To File Supplemental Deposition Transcripts In Opposition To Summary Judgment" (Document No. 71) is **GRANTED**.

**IT IS FURTHER ORDERED** that the parties may file excerpts of deposition testimony, along with a supplemental brief of **five (5) pages** or less describing the relevance of those excerpts, on or before **December 11, 2018**. Responses to any supplemental brief(s), also of five (5) pages or less, shall be filed on or before **December 14, 2018**.

Signed: December 4, 2018

David C. Keesler
United States Magistrate Judge