# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-397-RJC-DCK

| | |
|---|---|
| **LISA KERI STRICKLIN,**<br><br>**Plaintiff,**<br>v.<br><br>**GWEN STEFANI AND LIVE NATION ENTERTAINMENT, INC.,**<br><br>**Defendants.** | **STIPULATION OF DISMISSAL** |

**COME NOW** Plaintiff Lisa Keri Stricklin ("Plaintiff") and Defendant Gwen Stefani ("Defendant"), through their respective counsel, and stipulate to the dismissal of all of Plaintiff's claims in this action with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted, this the 12th day of March, 2019.

| | |
|---|---|
| **BRADLEY ARANT BOULT CUMMINGS LLP** | **ECONOMOS LAW FIRM, PLLC** |
| | /s/ *Larry Economos* |
| /s/ *Robert R. Marcus* | Larry Economos |
| Robert R. Marcus | 421 Fayetteville Street, Suite 1100 |
| N.C. State Bar No. 20041 | Raleigh, NC 27601 |
| Bridget V. Warren | E-mail: larry@economoslaw.com |
| N.C. State Bar No. 48142 | |
| 214 North Tryon Street, Suite 3700 | *Attorneys for Plaintiff* |
| Charlotte, NC 28202 | |
| Telephone: (704) 338-6000 | |
| Facsimile: (704) 338-8858 | |
| E-mail: rmarcus@bradley.com | |
| bwarren@bradley.com | |

*Attorneys for Defendant Gwen Stefani*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing **STIPULATION OF DISMISSAL** using the CM/ECF system which will send notification of this filing to all counsel of record.

This the 12th day of March, 2019.

>   */s/ Robert R. Marcus*___
>   Robert R. Marcus
>
>   *Attorneys for Defendant Gwen Stefani*